Certificate Number: 17082-MSN-DE-040544463

Bankruptcy Case Number: 26-10219



17082-MSN-DE-040544463

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 24, 2026, at 3:33 o'clock AM MST, MELISSA L WINTERS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Mississippi.

Date:   January 25, 2026                By:     /s/Orsolya K Lazar

                                        Name:   Orsolya K Lazar

                                        Title:  Executive Director